**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher O'Neal JACKSON, Defendant–Appellant.**

No. 03–50539.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Jan. 5, 2004.

---

Diane D. Kirstein, Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Stanley Lee Schwieger, Waco, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Christopher O'Neal Jackson appeals his sentence following his conviction of possession with intent to distribute a substance containing cocaine base, in violation of 21 U.S.C. § 841(a)(1). Jackson maintains that the evidence the district court used in determining the sentence lacked the sufficient indicia of reliability required by U.S.S.G. § 6A1.3.

The evidence considered in determining Jackson's sentence had sufficient indicia of reliability to support its probable accuracy. *See United States v. Davis,* 76 F.3d 82, 84 (5th Cir.1996). Jackson has not met his burden of showing that the information upon which the district court relied is materially untrue. *See id.*

***AFFIRMED***

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.